IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN D. STEWART,

    Plaintiff,

v.

MELISSA M. BLOCK, DENISE VALERIUS, LUCINDA BUCHANAN, MESHAWN M. GARDNER, MARIROSE HOWELL, APRIL COEY and JEANIE M. KRAMER,[1]

    Defendants.

ORDER

Case No. 25-cv-148-jdp

In an order entered on December 4, 2025, plaintiff Steven D. Stewart was granted leave to proceed against defendants Melissa M. Block, Denise Valerius, Lucinda Buchanan, Meshawn M. Gardner, Marirose Howell, April Coey and Jeanie M. Kramer. The Wisconsin Department of Justice filed a notice indicating that it does not appear on behalf of defendant Meshawn M. Gardner. Because plaintiff paid the full $405 filing fee, he is not proceeding *in forma pauperis*, which means that 28 U.S.C. § 1915(d) does not require that the court effect service on his behalf. Rather, I am directing the clerk's office to forward the summons, complaint and a copy of the court's December 4, 2025, screening order to the plaintiff to serve on defendant Meshawn M. Gardner following a method approved under Fed. R. Civ. P. 4. Attached to this order is the "Procedure for Serving a Complaint on an Individual in a Federal Lawsuit."

---

[1] I have changed the case caption to include the full names of defendants Lucina Buchanan, Marirose Howell and April Coey as listed in the Acceptance of Service, dkt. 6.

ORDER

IT IS ORDERED that the clerk's office is directed to forward the summons and a copy of the complaint, the court's December 4, 2025, screening order to plaintiff to arrange for service on defendant Meshawn M. Gardner. Plaintiff is to promptly serve defendant Meshawn M. Gardner and file proof of service as soon as service has been accomplished.

Entered this 23rd day of January, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge